# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CAPITAL CITY CREDIT, INC.

VERSUS

JAY PREVOST

NO.   2019 CW 1652

**MAR 0 3 2020**

---

In Re:    Capital City Credit, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 682224 c/w 685563.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.**

**VGW**
**WJB**


    **Guidry, J.,** concurs.    The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.